IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARTHUR RUNNELS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                   No. 12-CV-73-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on August 9, 2012, the motion to vacate, etc., is **DENIED** and this petition is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sandy Pannier*
              **Deputy Clerk**

Dated: August 9, 2012

Digitally signed by David R. Herndon
Date: 2012.08.09 10:15:55 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT